

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-18-00796-CR

Victor N. **CERVANTES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11119
Honorable Joey Contreras, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 16, 2019.

_____
Rebeca C. Martinez, Justice